**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-6107**

―――――――――

GARY I. WITCHER,

Plaintiff - Appellant,

versus

SAMUEL PRUETT, Superintendent; E. W. CLARKE,
Counselor; W. P. ROGERS, Regional Director;
MAGGIE WASHINGTON, Asst. Superintendent,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis III, District
Judge.  (CA-03-1082-AM)

―――――――――

Submitted:  March 25, 2004          Decided:  April 1, 2004

―――――――――

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Gary I. Witcher, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary I. Witcher appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Witcher v. Pruett, No. CA-03-1082-AM (E.D. Va. filed Dec. 8, 2003 & entered Dec. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED